UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA


WES JOSEPH PERTGEN,

        Petitioner,               **Case No. 3:04-CV-00352-LRH-VPC**

vs.                                       **MINUTES OF THE COURT**

E.K. McDANIEL, *et al.*,           **DATE:** December 21, 2005

        Respondents./

**PRESENT:**
**THE HONORABLE:**   LARRY R HICKS   **UNITED STATES DISTRICT JUDGE**

**DEPUTY CLERK:**  LORI M. STORY  **REPORTER:**  NONE APPEARING

**COUNSEL FOR PLAINTIFF(S):**  NONE APPEARING

**COUNSEL FOR DEFENDANT(S):**  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:** <u>XXX</u>

      There are various motions pending before the Court which have and can be resolved as of the entry of this Court's order denying petitioner's motion to relieve counsel.

      IT IS THEREFORE **ORDERED** that respondents' motion for status conference (docket #34) is **denied as moot.** Respondents shall have to and including February 13, 2006, to file their response to the Amended Petition (docket #21).

      IT IS FURTHER ORDERED that petitioner's second motion to dismiss counsel (docket #32) is **denied**. Petitioner's motion for enlargement of time to file a Reply to respondents' answer (docket #35) is **granted**. The reply shall be due thirty (30) days after receipt of the answer or other response.

                                                      **LANCE S. WILSON, CLERK**

                                                      **By:**     /s/
                                                                    **Deputy Clerk**